**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1304**

TWANDA SMITH,

Plaintiff - Appellant,

v.

RENAL TREATMENT CENTERS – MID-ATLANTIC, INC., d/b/a Davita,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge.  (1:16-cv-03656-RDB)

Submitted:  August 17, 2018                    Decided:  August 31, 2018

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robin R. Cockey, Ashley A. Bosché, COCKEY, BRENNAN & MALONEY, PC, Salisbury, Maryland, for Appellant.  Suzanne W. Decker, Elisabeth K. Hall, MILES & STOCKBRIDGE PC, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Twanda Smith appeals the district court's order granting summary judgment in favor of Renal Treatment Centers-Mid-Atlantic, Inc., d/b/a DaVita (DaVita), on her race discrimination claims brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2017) (Title VII); 42 U.S.C. § 1981 (2012); and the Maryland Fair Employment Practices Act, Md. Code Ann., State Gov't §§ 20-606 to 20-609 (West 2014) (MFEPA); and her retaliation claims brought pursuant to Title VII and the MFEPA. We have reviewed the record and discern no error in the district court's determinations that Smith failed to establish a prima facie case of race discrimination, and failed to establish that DaVita's legitimate, nondiscriminatory reasons for her termination were pretext for discrimination or retaliation. We thus affirm the district court's order. *See Smith v*. *Renal Treatment Centers-Mid-Atl., Inc.*, No. 1:16-cv-03656-RDB (D. Md. Feb. 20, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*